IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL,<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-3684 |
| | : | |
| PENNSYLVANIA COURT OF<br>COMMON PLEAS, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 5th day of October, 2022, upon consideration of Plaintiff Stanley E. Kornafel's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. No later than fourteen (14) days of the date of this Order, Kornafel shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten (10) pages stating why the Court should not enjoin him from filing any more civil actions based on the landlord-tenant case filed against him in the Delaware County Court of Common Pleas.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

　/s/ Juan R. Sánchez　
JUAN R. SÁNCHEZ, C.J.